Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

UNITED STATES DISTRICT COURT
for the
SOUTHERN District of FLORIDA
_____ Division

FILED BY _____ D.C.
JAN 11 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

BRIAN K. PHILLIPS
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

MIAMI RESCUE MISSION [SEE ATTACHED]
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

# COMPLAINT AND REQUEST FOR INJUNCTION

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: BRIAN K. PHILLIPS
   Street Address: 2020 N.W. 1ST AVE
   City and County: MIAMI
   State and Zip Code: FLORIDA, 33127
   Telephone Number: 786 379 8127
   E-mail Address: BRIANBANKS2223@gmail.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 6

Defendant No. 1
- Name: JEFFREY A. TEW
- Job or Title (if known): CHAIRMAN OR CURRENT CHAIRMAN
- Street Address: 3553 NW 50TH ST.
- City and County: MIAMI
- State and Zip Code: FLORIDA, 33142
- Telephone Number: 305 571-2273
- E-mail Address (if known): INFO@CARINGPLACE.ORG

Defendant No. 2
- Name: PETE A. GUTIERREZ
- Job or Title (if known): DIRECTOR OF MEDICAL SERVICES OR CURRENT DIRECTOR
- Street Address: 3553 NW 50TH ST.
- City and County: MIAMI
- State and Zip Code: FLORIDA, 33142
- Telephone Number: 305 571-2273
- E-mail Address (if known): INFO@CARINGPLACE.ORG

Defendant No. 3
- Name: GARY COOPER
- Job or Title (if known): ADMINISTRATOR OR CURRENT ADMINISTRATOR
- Street Address: 2020 N.W. 1ST AVE
- City and County: MIAMI
- State and Zip Code: FLORIDA, 33127
- Telephone Number: 305 571-2211
- E-mail Address (if known): MIAMIRESCUEMISSION.COM

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

FOURTEENTH AMENDMENT TO THE U.S. CONSTITUTION, THE FAIR HOUSING ACT, AND TITLE VI OF THE CIVIL RIGHTS ACT OF 1964

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* ~~JEFFREY A. TEW~~ BRIAN K. PHILLIPS, is a citizen of the
      State of *(name)* ~~FLORIDA~~ FLORIDA.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* ~~PETE GUTIERREZ~~, is incorporated
      under the laws of the State of *(name)* ~~FLORIDA~~,
      and has its principal place of business in the State of *(name)*
      _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* ~~GARY COOPER~~ SEE ENCLOSED, is a citizen of
      the State of *(name)* FLORIDA. Or is a citizen of
      *(foreign nation)* _____

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

      b.     If the defendant is a corporation

The defendant, (name) __MIAMI RESCUE MISSION__, is incorporated under the laws of the State of (name) __FLORIDA__, and has its principal place of business in the State of (name) __FLORIDA__.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

__N/A__

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

THE DEFENDANT IS FORCING THE PLAINTIFF TO WASH HIS HANDS WITH A TOXIC HANDSANITIZER THAT CONTAINS POISONS THAT THE UNITED STATES FOOD AND DRUG DEPARTMENT HAS LABELED AS POISON. THE PLAINTIFF HAS TO HOLD OUT HIS HAND TO BE SPRAYED WITH THE DEFENDANTS CHEMICAL AT BREAKFAST-LUNCH; AND DINNER OR THE PLAINTIFF IS DENIED A MEAL FROM DEFENDANTS.

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

THESE EVENTS HAVE CARRIED ON CONTINOUSLY FROM DECEMBER 23 2021 THRU THE CURRENT DATE OF THIS REQUEST FOR INJUCTIVE RELIEF ON JANUARY 7 2022. THE TIMES ARE DAILY AT: 5am 11am AND 3PM
                                 BREAKFAST LUNCH DINNER

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

THE HANDSANITIZER IS TOXIC CONTAINING METHENOL, CARCINOGEN AND OTHER UNKNOWN CHEMICALS. METHENOL IS KNOWN TO CAUSE SEIZURE AND DEATH AND THE PLAINTIFF HAS AN UNDERLYING CONDITION OF EPILESPY FOR WHICH HE IS PRESCRIBED DILANTIN.

SEE ATTACHED EXHIBITS 1, 2, 3 ~~HIGHLIGTED AREAS~~

IV. **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

THE PLAINTIFF MAY OR WILL INCUR A SEIZURE AND/OR DEATH AND MONETARY COMPENSATION IS INADEQUATE RELIEF.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

THE PLAINTIFF REQUESTS OF THIS HONORABLE COURT WITHOUT ANY DISHONOR INTENDED TO DEMAND THE DEFENDANT TO CEASE THE FORCEFUL SPRAYING OF CHEMICALS ON THE DEFENDANTS BODY/HANDS AGAINST HIS WILL BEFORE SERIOUS IRREPARABLE DAMAGE OCCURS.

Case 1:22-cv-20147-RNS   Document 1   Entered on FLSD Docket 01/12/2022   Page 6 of 7

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1-7-2022

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: BRIAN K. PHILLIPS

### B. For Attorneys

Date of signing: 1-7-2022

Signature of Attorney: PRO'SE *[signature]*
Printed Name of Attorney: BRIAN K PHILLIPS
Bar Number: PRO'SE
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address:



# UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

FROM:

PRIORITY ★ MAIL ★



VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration...

FROM: BRIAN K. PHILLIPS
MIAMI RESCUE MISSION
2020 NW 1ST AVE
MIAMI FLORIDA 33127

*Insurance does not cover certain items...
Domestic Mail Manual at http://pe.usps...
** See International Mail Manual at ht...



USPS TRACKING #

9114 9023 0722 4388 7720 27

...coverage.

FLAT RATE EN...
ONE RATE ■ ANY WEIGHT

TO: WILKIE D. FERGUSON JR
UNITED STATES COURTHOUSE
400 N. MIAMI AVE
MIAMI FL. 33128

TRACKED ■ INSURED


PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

Label 228, March 2016   FOR DOMESTIC AND INTERNATIONAL USE